BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER P. ROBBINS (Cal. Bar No. 251845)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     E-mail:    alexander.p.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>ADRIAN ANDREW MARTINEZ,<br><br>         Defendant. | No. 2:25-MJ-3759<br><br>STIPULATION RE: FILING OF INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander P. Robbins, and defendant ADRIAN ANDREW MARTINEZ ("defendant"), by and through defendant's counsel of record, Christopher S. Miller, hereby stipulate as follows:

     1.   Defendant was arrested on June 17, 2025, and charged by complaint for a violation of 18 U.S.C. § 372 (conspiracy to impede a federal officer) on June 19, 2025.  The Speedy Trial Act, 18 U.S.C. § 3161(b), requires that an information or indictment be filed 30 days after defendant's arrest, i.e., on or before July 17, 2025.

Doc ID: b8b79dfe619d3eeb455fc5a1503c3b836838213c

1       2.      By this stipulation, the parties jointly move to continue
2  the date by which an information or indictment must be filed to
3  August 21, 2025.
4       3.      The parties agree and stipulate, and request that the court
5  find that the ends of justice outweigh the interest of the public and
6  the defendant in the filing of an information or indictment within
7  the original date prescribed by the Speedy Trial Act because defense
8  counsel requires additional time to confer with defendant and to
9  conduct and complete an independent investigation of the case to
10 present evidence to the prosecution to consider in advance of the
11 filing of charges in this case.
12      4.      Based on the foregoing, the parties request that the Court
13 find that for the purpose of computing time under the Speedy Trial
14 Act, 18 U.S.C. § 3161(b), within which an information or indictment
15 must be filed, the time period of July 17, 2025, through August 21,
16 2025, is excludable pursuant to 18 U.S.C. § 3161(h) because the ends
17 of justice served by granting a continuance outweigh the interest of
18 the public and the defendant in a filing of an information or
19 indictment within the period specified in Section 3161(b).
20      5.      The parties agree and stipulate and request that the Court
21 find that nothing in this stipulation and order shall preclude a
22 finding that other provisions of the Speedy Trial Act dictate that
23 //
24 //

Doc ID: b8b79dfe619d3eeb455fc5a1503c3b836838213c

additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated: July 11, 2025

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

/s/ Alexander P. Robbins
_____
ALEXANDER P. ROBBINS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July 11, 2025

*Christopher Miller*
_____
CHRISTOPHER S. MILLER
Attorney for Defendant
ADRIAN ANDREW MARTINEZ

Dated: July 11, 2025

_____
ADRIAN ANDREW MARTINEZ