BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER P. ROBBINS (Cal. Bar No. 251845)
Assistant United States Attorney
        1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2400
        E-mail:    alexander.p.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. 2:25-MJ-3759

            Plaintiff,               ORDER CONTINUING FILING DATE FOR
                                     INFORMATION OR INDICTMENT PURSUANT
            v.                       TO SPEEDY TRIAL ACT

ADRIAN ANDREW MARTINEZ,

            Defendant.


        The Court has read and considered the Stipulation Regarding

Request for Continuance of Filing Date for Information or Indictment

Pursuant to the Speedy Trial Act, filed by the parties in this matter

on July 14, 2025.  The Court hereby finds that the Stipulation, which

this Court incorporates by reference into this Order, demonstrates

facts that support a continuance of the deadline to file an

indictment or information and provides good cause for a finding of

excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

        The Court further finds that:  (i) the ends of justice served by

the continuance outweigh the best interest of the public and

defendant in the return of an indictment or filing of an information

within the original thirty-day period; (ii) failure to grant the

continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The date that any indictment or information in this matter must be filed pursuant to 18 U.S.C. § 3161(b) is continued from July 17, 2025, to August 21, 2025.  The post-indictment arraignment is continued to August 21, 2025 at 11:30 a.m. before the duty magistrate judge.

2.    The time period of July 17, 2025, through August 21, 2025, inclusive, is excluded in computing the time within which an indictment must be filed, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//

//

1   additional time periods from the period within which trial must

2   commence.

3          IT IS SO ORDERED.

4

5    July 15, 2025

6    ――――――――――――――――――        ――――――――――――――――――――――
     DATE                        HONORABLE PATRICIA DONAHUE
                                 UNITED STATES MAGISTRATE JUDGE
7

8   Presented by:

9         /s/

10   ――――――――――――――――――――――
     ALEXANDER P. ROBBINS
     Assistant United States Attorney
11